[No. 4480. Decided March 5, 1903.]

THE STATE OF WASHINGTON, on the Relation of L. H. Craver, Respondent, v. J. W. McCONNAUGHEY, Treasurer of King County, Appellant.

TAXATION — DELINQUENCY CERTIFICATE — TENDER OF STREET ASSESSMENT UNNECESSARY.

An applicant for a general tax delinquency certificate is not required to pay the delinquent street assessments as well as the general taxes constituting liens on the real estate, in order to entitle him to a certificate of delinquency for general taxes thereon.

Appeal from Superior Court, King County.—Hon. BOYD J. TALLMAN, Judge. Affirmed.

John W. Pratt and C. A. Riddle (Walter S. Fulton, of counsel, for appellant.

Horace A. Wilson, for respondent.

PER CURIAM.—On August 11, 1902, respondent tendered to appellant, as treasurer of King county, the amount of general taxes, with interest and penalties due and delinquent upon certain real estate, and demanded the issuance to him of a certificate of delinquency, which demand appellant refused. Respondent then brought this action and sought a writ of mandate to compel the issuance of such a certificate. An alternative writ was issued.

Appellant admitted the tender, but affirmatively answered that a certain assessment for a local improvement, which was a lien upon said property, was delinquent and unpaid, and averred that respondent refused to pay said local assessment. It was appellant's defense that respondent should pay this local assessment as a condition precedent to the issuance of a certificate of delinquency for the general taxes. This defense was overruled by the court, and judgment directing the issuance of a peremptory writ of mandate was entered, from which judgment this appeal was taken. On the authority of *McMillan v. Tacoma*, 26 Wash. 358 (67 Pac. 68), and of *Keene v. Seattle, ante,* p. 202 (71 Pac. 769), the judgment is affirmed.